STATE OF MISSOURI )
)
COUNTY OF ST. LOUIS )

AFFIDAVIT OF RECORDS CUSTODIAN CERTIFYING BUSINESS RECORDS

PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13) AND EQUIVALENT STATE RULES

I, Fatima Arslan Brdarevic, declare, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct and is based on my personal knowledge.

I am employed by Charter Communications, Inc. or it's affiliates ("Charter") and my title is, Privacy Specialist II. I am over the age of 18 and fully competent to make this cerification. Part of my job responsibilities is to review the records that Charter maintains relating to individual subscriber accounts as part of it's business records. I have reviewed the attached Charter records for 162.154.160.66, 41578, 3/30/2024 11:50:00 PM, GMT, 0; 172.250.172.61, 64322, 3/29/2024 9:31:00 PM, GMT, 0; 172.250.172.61, 64318, 3/29/2024 9:31:00 PM, GMT, 0; 76.35.49.8, 26527, 3/30/2024 3:25:00 PM, GMT, 0; 69.145.126.201, 48712, 3/30/2024 4:27:00 AM, GMT, 0 in response to a lawful request dated and issued to Charter Communications.

I further state that:

1. All records attached to this certificate were made at or near the time of the occurrence of the activity;
2. These records are kept in the ordinary course of the regularly conducted business activity of Charter Communications and making such records is a regular practice of Charter Communications; and
3. These records were generated by Charter Communications by an electronic process or system that produces an accurate result.
4. The records attached herto are the originals or the exact duplicates of the originals.

FURTHER AFFIANT SAITH NOT.

04/26/2024
_____
Date

*Fatima Arslan* (signature)
_____
Fatima Arslan Brdarevic, Privacy Specialist II
Legal Response Operations Center
Charter Communications, Inc.
12405 Powerscourt Drive
St. Louis, Missouri 63131
Fatima.Brdarevic@charter.com
www.charter.com/lea